34 So.3d 55 (2010)
INTERNATIONAL SALES GROUP, LLC, Appellant,
v.
RITIN, LLC, Appellee.
No. 3D09-1630.
District Court of Appeal of Florida, Third District.
March 17, 2010.
Rehearing and Rehearing En Banc Denied May 25, 2010.
*56 Kluger Kaplan Silverman Katzen & Levine and Alan J. Kluger and Steve I. Silverman and Marilyn G. Kohn, Miami, for appellant.
Mark A. Goldstein, for appellee.
Before SUAREZ, CORTIÑAS, and SALTER, JJ.
PER CURIAM.
Affirmed. See § 475.278, Fla. Stat. (2005).